1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9

FARAMARZ AZIZI,                          )        Case No. 1:07-cv-00882 GSA

10                                               )
                                                 )
11                                               )        ORDER EXTENDING TIME TO FILE
                                                 )        PLAINTIFF'S OPENING BRIEF
12                                               )
              Plaintiff,                         )
13                                               )        (Document 16)
          vs.                                    )
14                                               )
MICHAEL J. ASTRUE, Commissioner,                 )
15                                               )
16            Defendant.                         )
_____ )
17

          Based on the stipulation of the parties filed on January 31, 2008, and good cause appearing,
18
          IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to, and including,
19
February 7, 2008, in which to file his opening brief.  Defendant's responsive brief will be due on or
20
before March 8, 2008.  Plaintiff's reply brief will be due 15 days thereafter.
21

22

23

          IT IS SO ORDERED.
24
          **Dated:  February 1, 2008**              _____**/s/ Gary S. Austin**_____
25                                                  UNITED STATES MAGISTRATE JUDGE

26

27

28                                               1