McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAMARZ AZIZI,                    )<br>       Plaintiff,                         )<br>                      v.                )<br>MICHAEL J. ASTRUE,           )<br>Commissioner of                  )<br>Social Security,                       )<br>       Defendant.                       )<br>_____) | CIVIL NO. 1:07-CV-00882 GSA<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER |

     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through April 13, 2008, in which to e-file his Responsive Brief. This extension is requested because of the Commissioner is evaluating the defensibility of the case. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

Dated: March 12, 2008          /s/ *Denise Bourgeois Haley*
                                       *(As authorized via telephone on 3/7/08)*
                                       DENISE BOURGEOIS HALEY
                                       Attorney for Plaintiff


                                       McGREGOR W. SCOTT
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX


Dated: March 12, 2008        By:    /s/ *Theophous H. Reagans*
                                       THEOPHOUS H. REAGANS
                                       Special Assistant United States Attorney



IT IS SO ORDERED.

**Dated:   March 20, 2008**            **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE