```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450

     333 Market Street, Suite 1500
     San Francisco, CA 94105
     Telephone: (415) 977-8943
     Fax: (415) 744-0134

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FARAMARZ AZIZI,<br><br>     Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. 07-CV-00882-GSA<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

On remand, the Appeals Council will instruct the Administrative Law Judge to take the following action:

1) Further consider the opinion of Dr. Gratch pursuant to SSR 96-5p;

2) Affirm the March 2007 decision;

3) Reconcile the subsequent allowance of Claimant's subsequent application with the ALJ's February 2005 denial;

4) Obtain the services of a medical expert, if warranted; and

5) Otherwise develop the record as needed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 14, 2008  /s/ *Denise Bourgeois Haley*
 *(As authorized* via e-mail)
 DENISE BOURGEOIS HALEY
 Attorney for Plaintiff

Dated: April 14, 2008  McGREGOR W. SCOTT
 United States Attorney
 LUCILLE GONZALES MEIS
 Regional Chief Counsel, Region IX

By:  */s/Theophous H. Reagans*
 Theophous H. Reagans
 Special Assistant U.S. Attorney
 Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **April 15, 2008**          /s/ **Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE