1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11   FARAMARZ AZIZI,                    )        Case No. 1:07-cv-00882 GSA
                                        )
12        Plaintiff,                    )        ORDER AWARDING EQUAL ACCESS TO
                                        )        JUSTICE ACT ATTORNEY FEES
13        v.                            )        PURSUANT TO 28 U.S.C. § 2412(d)
                                        )
14   MICHAEL J. ASTRUE,                 )
     Commissioner of                    )
15   Social Security,                   )
                                        )
16        Defendant.                    )
                                        )
17   _____  )

18        Based upon the Stipulation for the Award and Payment of Equal Access to Justice Act Fees filed by

19   the parties on July 3, 2008, IT IS HEREBY ORDERED that the Commissioner shall pay to Denise

20   Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of rights, the amount of three thousand

21   nine hundred dollars and no cents ($3,900.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms

22   of the above-referenced Stipulation.

23        IT IS SO ORDERED.

24        Dated:   **July 14, 2008**              **/s/ Gary S. Austin**
25                                         UNITED STATES MAGISTRATE JUDGE
26
27
28